Jarred A. Henline (12550)
**HENLINE LAW**
526 W Center St N106
Pleasant Grove, Utah 84062
Telephone: (801) 200-3553
jarred@henlinelaw.com
*Attorney for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>ALEXIS BRECK PINO DOBSON,<br><br>Debtor. | Case No. 26-23853<br>Chapter 13<br><br>Judge David H. Leigh |

**NOTICE OF DEBTOR'S**
**MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13, RESCHEDULE CONFIRMATION HEARING AND EXTEND DEADLINES FOR CREDITORS TO OBJECT TO DISCHARGEABILITY**

**AND**
**NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: December 2, 2026)**

**PLEASE TAKE NOTICE** that the Debtor filed a MOTION TO VACATE DISMISSAL AND REINSTATE CHAPTER 13, RESCHEDULE CONFIRMATION HEARING AND EXTEND DEADLINES FOR CREDITORS TO OBJECT TO DISCHARGEABILITY which has been attached hereto.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult with one).**

NO HEARING WILL BE CONDUCTED ON THIS MOTIONs UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the motions then you or your attorney must:

1. On or before **December 2, 2026**, file with the Court a written Objection explaining your position at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the objection deadline. You must also serve a copy of your response upon the following via ECF or U.S. Mail:

Jarred A. Henline,
770 E. Main St., #348
Lehi, Utah 84043

2. Attend a hearing on **December 18, 2026 at 11:00 a.m.,** before the Honorable David H. Leigh. The hearing will be a zoom hearing. The parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/video for the most up-to-date information regarding zoom participation at a hearing.

At the time of this Notice, parties wishing to participate in hearings should log into the number below at least ten (10) minutes before the scheduled date and time for the hearing: Meeting ID: 160 3007 6397, Passcode: 6001201

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel will ask the Court to enter an order approving the Motion without hearing.

DATED this 12th day of November, 2026

**HENLINE LAW**

/s/ JARRED HENLINE

Jarred A. Henline
*Attorney for the Debtor*